**2014–0688. Morris v. Morris.**
Greene App. No. 2013–CA–29, 2014-Ohio-734. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Greene County. Upon consideration of the motion of Phillip D. Hoover to withdraw as counsel for appellee, it is ordered by the court that the motion is granted.